# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PULIDO, | ) CASE NO.  CV08-1543 VBF (JWJx) |
| | ) *[Assigned to District Judge Valerie Baker* |
| Plaintiffs, | ) *Fairbank; Discovery Magistrate Judge* |
| | ) *Jeffrey W. Johnson]* |
| vs. | ) |
| | ) **[PROPOSED] ORDER RE** |
| HOME DEPOT, U.S.A., INC., | ) **STIPULATION FOR PROTECTIVE** |
| LOUISVILLE LADDER, INC., and | ) **ORDER** |
| DOES 1 to 100, inclusive, | ) |
| | ) |
| Defendants. | ) **Complaint Filed:   12-5-07** |
| | ) **TRIAL DATE: None** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Based upon the [Proposed] Stipulation for Protective Order and Order Thereon the Court orders as follows:

Collins, Collins,
Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena, CA 91030
Phone (626) 243-1100
Fax   (626) 243-1111

*L:\167\97\PROP. ORDER-PROTECTIVE ORDER.doc*

1

**[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WITH GOOD CAUSE, IT IS SO ORDERED** that disclosure of the discovery materials described in the Stipulation for Protective Order shall be restricted as set forth therein.

Dated: _____

_____

HON. JEFFREY W. JOHNSON
MAGISTRATE JUDGE OF THE DISTRICT
COURT

Collins, Collins,
Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
South Pasadena, CA 91030
Phone (626) 243-1100
Fax   (626) 243-1111

*L:\167\97\PROP. ORDER-PROTECTIVE ORDER.doc*

2

**[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER**