**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PULIDO, | ) CASE NO.  CV08-1543 VBF (JWJx) |
| | ) *[Assigned to District Judge Valerie Baker* |
| Plaintiffs, | ) *Fairbank; Discovery Magistrate Judge* |
| | ) *Jeffrey W. Johnson]* |
| vs. | ) |
| | ) **ORDER ON DISMISSAL WITH** |
| HOME DEPOT, U.S.A., INC., | ) **PREJUDICE** |
| LOUISVILLE LADDER, INC., and | ) |
| DOES 1 to 100, inclusive, | ) **Complaint Filed:   12-5-07** |
| | ) |
| Defendants. | ) **PRE-TRIAL:   June 8, 2009** |
| | ) **TRIAL DATE: June 30, 2009** |

The Court, having reviewed the Stipulation of the parties requesting dismissal with prejudice, with each to bear their own costs of suit and attorney's fees,

HEREBY ORDERS as follows:

1. This action is dismissed with prejudice;

///

///

Collins Collins Muir + Stewart LLP
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax        (714) 823-4101

2. Each party will bear their own costs of suit and attorney's fees, pursuant to Stipulation.

DATED: July 13, 2009

_____
HON. VALERIE BAKER FAIRBANK
U.S. District Court Judge

*VLI\C:\TMP\DOMINO WEB ACCESS\STIP TO DISMISS CASE (PROPOSED ORDER).DOC*

2

STIPULATION TO DISMISS CASE

Collins Collins
Muir + Stewart LLP
750 The City Drive
Suite 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5)**

State of California,           )
                               ) ss.
**County of Orange**           )

I am employed in the County of  ☐ **Los Angeles**   ☒ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☐ 1100 El Centro Street, Post Office Box 250, **South Pasadena**, California 91030.

☒ 750 The City Drive, Suite 400, Orange, CA  92868.

On this date, I served the foregoing document described as **[PROPOSED] ORDER ON DISMISSAL WITH PREJUDICE** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **Orange**, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **Orange, California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **Orange,** California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(714) 823-4101 (Orange)** indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **July 10, 2009**  at: **Orange,** California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
VIVIAN IANNOTTI

*VLI\C:\TMP\DOMINO WEB ACCESS\STIP TO DISMISS CASE (PROPOSED ORDER).DOC*

3

STIPULATION TO DISMISS CASE

**Collins Collins Muir + Stewart LLP**
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

**PULIDO v. HOME DEPOT, ET AL.**
Los Angeles Superior Court, Case No. BC381816
USDC Case No. CV08-1543 VBF (JWJx)
File No. 16797
**SERVICE LIST**

| | |
|---|---|
| Carney R. Shegerian, Esq.<br>SHEGERIAN & ASSOCIATES, INC.<br>225 Arizona Avenue, Penthouse<br>Santa Monica, CA  90401<br> (310) 860-0770 -  Fax: (310) 860-0771<br>**ATTORNEY FOR PLAINTIFF JAIME PULIDO** | |

*VLI\C:\TMP\DOMINO WEB ACCESS\STIP TO DISMISS CASE (PROPOSED ORDER).DOC*

4

STIPULATION TO DISMISS CASE

**Collins Collins**
**Muir + Stewart LLP**
750 The City Drive
Suite 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101